

**NUMBER 13-16-00532-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**LUKE GONZALEZ,**                                                    **Appellants,**

**v.**

**THE STATE OF TEXAS,**                                               **Appellee.**

---

### On appeal from the 361st District Court
### of Brazos County, Texas.

---

# ORDER ABATING APPEAL

### Before Justices Garza, Perkes, and Longoria
### Order Per Curiam

This cause is before the Court because the reporter's record cannot be completed.[1]   The reporter's record in this cause was originally due to be filed on

---

[1] This case is before the Court on transfer from the Tenth Court of Appeals in Waco pursuant to a docket equalization order issued by the Supreme Court of Texas.   *See* TEX. GOV'T CODE ANN. § 73.001 (West, Westlaw through 2015 R.S.).

September 9, 2016. On November 18, 2016, reporter Wendy L. Kirby advised this Court that she is unable to complete the record by the current due date of November 28, 2016, without obtaining a bond hearing transcript from reporter Felix Thompson. The hearings designated for the reporter's record include a bond hearing on September 3, 2014 in which Mr. Thompson was the reporter. Ms. Kirby has contacted Mr. Thompson on several occasions but has not received a reply regarding the status of his portion of the record. Without the record from the hearing held on September 3, 2014, Ms. Kirby cannot complete the master index and file a complete reporter's record.

This sequence of events requires us to effectuate our responsibility to avoid further delay and to preserve the parties' rights. *See* TEX. R. APP. P. 37.3(a)(1). Accordingly, this appeal is ABATED and the cause REMANDED to the trial court.

Upon remand, the judge of the trial court shall determine if the reporter's record, or any part thereof, has been lost or destroyed, and shall make appropriate findings under Tex. R. App. P. 34.6(f), if necessary. Otherwise, the court shall determine what steps are necessary to ensure the prompt preparation of a reporter's record, and shall enter any orders required to avoid further delay and to preserve the parties' rights.

The trial court shall prepare and file its findings and orders and cause them to be included in a supplemental clerk's record which should be submitted to the Clerk of this Court within thirty days from the date of this order.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

2

Delivered and filed this
the 5th day of December, 2016.